COURT OF APPEALS

                                         SECOND
DISTRICT OF TEXAS

                                                     FORT
WORTH

NO.
2-08-350-CR                           

 

AMBER LEIGH FREEMAN                                                                  APPELLANT

 

                                                      V.

THE STATE OF TEXAS                                                                 STATE

                                                   ----------

                 FROM THE 271ST
DISTRICT COURT OF WISE COUNTY

                                                   ----------

                   MEMORANDUM OPINION[1]
AND JUDGMENT

                                                   ----------

We have considered AMotion To Withdraw Notice Of Appeal.@  The motion complies with rule
42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a).  No decision of this court having been
delivered before we received this motion, we grant the motion and dismiss the
appeal.  See id.; Tex. R. App. P.
43.2(f).

PER CURIAM

 

PANEL:  CAYCE, C.J.; LIVINGSTON,
and DAUPHINOT, JJ.

DO NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 








DELIVERED: November 20, 2008











[1]See Tex. R. App. P. 47.4.